FILED-USDC-NDTX-DA
'26 JAN 6 PM2:42

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| **ADEAN HILL JR.,** **Plaintiff,** v. **AMITY ONE TAX LLC, aka AMITY TAX** SOLUTIONS a California Limited Liability Company, **ARIYO MACKAY** **Defendant.** | § | **Case No.: 3:25-cv-00510-L-BN** |

## NOTICE OF VOLUTARY DISMISSAL OF CLAIMS

Plaintiff Adean Hill Jr. files the Notice of Voluntary Dismissal pursuant to Fed. R. Civ P. 41(a)(1)(A)(i). Defendant has not made an appearance or otherwise defended this action. Plaintiff's claims against Defendant are dismissed **with prejudice.**

Dated: Janurary 6, 2026

Respectfully submitted,

Adean Hill Jr

Adean Hill Jr
Plaintiff, Pro Se
6513 White Oak Dr.
Rowlett, Texas 75089
214-309-6388
adeanhilljr@gmail.com